Supreme Court

In the Matter of Peter Leach.                                    No. 2019-21-M.P.

**O R D E R**

On March 7, 2019, this Court's Chief Disciplinary Counsel filed a Petition for Immediate Interim Suspension and for Appointment of a Special Master, which avers that the respondent, Peter Leach, a member of the Rhode Island Bar, has engaged in serious professional misconduct. The respondent was provided notice that the Petition would be heard by this Court on March 14, 2019.

We considered the Petition at our conference on March 14, 2019. The respondent failed to appear and show cause why the Petition should not be granted. Having heard the representations of disciplinary counsel, we deem that the Petition should be granted.

Accordingly, it is ordered, adjudged, and decreed that the respondent, Peter Leach, is hereby suspended from the practice of law in this state, effective immediately and until further order of this Court.

It is further ordered that David D. Curtin, Chief Disciplinary Counsel, be appointed as Special Master to take possession of and inventory the respondent's client files and accounts, and take whatever steps necessary to protect the clients' interests; including, but not limited to, returning the files to the clients or new counsel of the clients' choice. The Special Master is further authorized to have access to respondent's office and files in order to carry out these duties.

Entered as an Order of this Court this 15th Day of March, 2019.

By Order,

_____/s/_____
Clerk

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPREME COURT – CLERK'S OFFICE

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Peter Leach. | |
| **Case Number** | No. 2019-21-M.P. | |
| **Date Order Filed** | March 15, 2019 | |
| **Justices** | Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer From Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>David D. Curtin, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Peter Leach, Pro Se | |